UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMY M.,[1]

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 4:25-cv-12961

F. Kay Behm
United States District Judge

______________________________/

**JUDGMENT**

In accordance with the Opinion and Order issued on September 21, 2026, the case is **DISMISSED** with prejudice.

**SO ORDERED.**

Date: September 21, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

[1] Consistent with guidance regarding privacy concerns in Social Security cases by the Judicial Conference Committee on Court Administration and Case Management, this district has adopted a policy to identify plaintiffs by only their first names and last initials. *See also* Fed. R. Civ. P. 5.2(c)(2)(B).